1  Kevin R. Martin, SBN 176853
   **Patton Martin & Sullivan LLP**
2  6600 Koll Center Parkway, Suite 250
   Pleasanton, California 94566-8058
3  Telephone (925) 600-1800
   Facsimile (925) 600-1802
4  email: kevin@pattonmartinsullivan.com

5
   Attorneys for Plaintiff
6  AUTO GLASS AMERICA, INC.

7

8

9
                   UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11

12

13 | AUTO GLASS AMERICA, INC., a        | CASE NO. C09-02293
   | Delaware Corporation,
14 |
   |           Plaintiff,                | SUBSTITUTION OF COUNSEL FOR AUTO
15 |                                     | GLASS AMERICA, INC., a Delaware
   |      v.                             | Corporation
16 |
   | GLASS AMERICA, LLC, an Illinois
17 | limited liability company,
   |
18 |           Defendants.

19

20    TO THE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF

21 RECORD:

22    PLEASE TAKE NOTICE that effective immediately, Plaintiff AUTO GLASS

23 AMERICA, INC., a Delaware Corporation, hereby substitutes in the Law Firm of Patton

24 Martin & Sullivan LLP in the place and stead of the RANDICK O'DEA & TOOLIATOS,

25 LLP as their counsel in the above-entitled action. The contact information for new

26 counsel is set forth above the caption on page 1 of this Substitution.

27

28

PATTON MARTIN &

1     Former counsel consents to the above substitution.

2

3   Dated: August 2, 2009                 RANDICK O'DEA & TOOLIATOS, LLP

4

5

6                                   By: _____
                                         Brian O'Dea

7     New counsel accepts the above substitution.

8   Dated: August 24, 2009                PATTON MARTIN & SULLIVAN LLP

9

10

11                                   By: _____
                                         Kevin R. Martin

12

13    AUTO GLASS AMERICA, INC., client, consents to the above substitution.

14

15   Dated: 8-23-09                          By: _____
                                        AUTO GLASS AMERICA, INC.

16

17

18

19   Dated: August 26, 2009

**IT IS SO ORDERED**
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2